UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Brett A. Defoor                                :                Case #: 04-56519
      Nancy L. Defoor

                                                              :                Chapter 13

                                                              :                Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 29, 2010                                /s/ Frank M. Pees_____
                                                                         Frank M. Pees
                                                                         Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Wells Fargo | $552.57 |
| P.O. Box 14411 | |
| Des Moines, IA  50305-3411 | |